**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01294-CV

### TOM KARTSOTIS, Appellant

### V.

### RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, AND NANCY BLOCH AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04489**

## ORDER

The court has reviewed the trial court's Rule 76A Permanent Sealing Order and the materials filed under seal on appeal. The scope of the materials under seal appears to be overly broad. Therefore, the parties are directed to advise the court, within ten days of the entry of this order, which documents are deemed unsealed for purposes of this appeal.

/s/    LANA MYERS
JUSTICE PRESIDING